# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY CHAVEZ, | Case No.: 1:19-cv-01137 LJO JLT |
| Plaintiff, | ORDER AFTER NOTICE OF SETTLEMENT (Doc. 9) |
| v. | |
| KERN HIGH SCHOOL DISTRICT, | |
| Defendant. | |

The parties report they had come to terms of settlement. (Doc. 9) They indicate they will seek dismissal of the action within 90 days. Id. at 2. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than January 13, 2020**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: __October 15, 2019__          /s/ Jennifer L. Thurston
                                       UNITED STATES MAGISTRATE JUDGE