# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RORY CHAVEZ, <br><br> Plaintiff, <br><br> v. <br><br> KERN HIGH SCHOOL DISTRICT, <br><br> Defendants. | Case No.: 1:19-cv-1137 LJO JLT <br><br> ORDER CLOSING THE CASE |

The parties have settled their case and have stipulated to the action being dismissed with prejudice. (Doc. 12) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **January 16, 2020**          **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE